PD-0731-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/15/2015 4:56:38 PM
Accepted 6/18/2015 10:18:46 AM
ABEL ACOSTA
CLERK

PD. No__-____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

**HENRY WILSON RICHARDS, JR.,**
Appellant

vs.

**THE STATE OF TEXAS,**
Appellee

---

*Seeking discretionary review of an opinion of the Court of Appeals for the Fifth District of Texas at Dallas, Texas in Cause No. 05-14-00075-CR*

---

## STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

---

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

**COMES NOW, The State of Texas**, pursuant to Tex.R. App. P. 68.2(c) requesting an extension of time to file its Petition for Discretionary Review in the above-numbered and styled cause. In support thereof, the undersigned attorney representing the State would show the following:

On  May 20, 2015, the Court of Appeals for the Fifth District of Texas at Dallas, Texas delivered an opinion reversing the judgment of the trial court in the above-numbered and styled cause. Presently, the State's Petition for Discretionary Review is due to be filed in this Honorable Court on or before June 19, 2015.  However, due to a caseload which includes three other cases in which the State's brief is due to be filed in less than the next two weeks, the petition in the present case cannot be prepared for filing by the present due date.  Therefore, the undersigned attorney requests a new filing date 30 days past the present due date of June 19, or until July 19, 2015, which is a Sunday, making July 20, 2015 the date to file the petition.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copies of the foregoing motion were served on Ms. Lisa McMinn, the State's Prosecuting Attorney, and Michael Mowla, attorney for Appellant, by eFileTexas.gov and United States mail on June 15, 2015.

/s/Patricia Poppoff Noble
PATRICIA POPPOFF NOBLE